ACCEPTED
04-15-00041-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/22/2015 12:07:41 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00041-CV

### IN THE COURT OF APPEALS

### FOURTH COURT OF APPEALS DISTRICT

### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/22/2015 12:07:41 PM
KEITH E. HOTTLE
Clerk

TEMPLETON MORTGAGE CORP.,

Appellant,

vs.

GARY M. POENISCH,

Appellee.

## SECOND OPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

GARY M. POENISCH
GARY M. POENISCH, P.L.L.C.
206 East Locust Street, Suite 218
San Antonio, Texas 78212-3954
Telephone Number: (210) 212-6700
Telecopier Number: (210) 212-2178
State Bar Number: 16084900
Attorney for Appellee

## NO. 04-15-00041-CV

## IN THE COURT OF APPEALS

## FOURTH COURT OF APPEALS DISTRICT

## SAN ANTONIO, TEXAS

TEMPLETON MORTGAGE CORP.,

Appellant,

vs.

GARY M. POENISCH,

Appellee.

## SECOND OPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS, FOURTH COURT OF APPEALS DISTRICT, SAN ANTONIO, TEXAS:

NOW COMES GARY M. POENISCH, Appellee, and respectfully requests that this Court grant an extension of time to file his Appellee's Brief in this Appeal, and will show:

I.

The Clerk's Record was filed on February 27, 2015. The Reporters Record was filed on February 25, 2015. A Supplemental Clerk's Record was filed on March 6, 2015.

2

The Appellant's Brief was filed on May 21, 2015. The Appellee's Brief is due on July 22, 2015.

## II.

Good cause exists to extend the time to file Appellee's Brief because Gary M. Poenisch ("Poenisch"), has obtained the Supplemental Clerk's record on June 19, 2015. Poenisch, was on scheduled vacation time traveling out of the country from June 24, 2015 to July 6, 2015. Poenisch was then out of the office attending a conference from July 15-17, 2015. Poenisch is attempting to retain counsel, however, the appellate counsel is on scheduled vacation and will not return until August 3, 2015. As a result, Poenisch has been unable to complete the Appellee's Brief.

## III.

The first continuance was requested and granted from June 22, 2015 to July 22, 2015. This is the second motion for extension of time to file Appellee's Brief in this Appeal.

WHEREFORE, PREMISES CONSIDERED, Appellee, Gary M. Poenisch, respectfully requests that this Court extend the time to file the Appellee's Brief to August 21, 2015, a date thirty (30) days from the current due date of July 22, 2015, and grant such other and further relief which to this Court seems just, equitable and fair.

Respectfully submitted,

GARY M. POENISCH, P.L.L.C.
206 East Locust Street, Suite 218
San Antonio, Texas 78212
Telephone: (210) 212-6700
Telecopier: (210) 212-2178


By: /s/ Gary M. Poenisch
GARY M. POENISCH
State Bar Number: 16084900
*Attorney for Appellee*


## CERTIFICATE OF CONFERENCE

This is to certify that Gary M. Poenisch telephoned Keith Thompson:

- ☐ Mr. Thompson is unopposed to the Motion
- X Mr. Thompson is opposed to the Motion
- ☐ Mr. Thompson did not return my telephone call

/s/ Gary M. Poenisch
Gary M. Poenisch


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellee's Brief has been served by Certified Mail, Return Receipt Requested to the parties as set out below:

Keith C. Thompson
11003 Quaker Avenue
Lubbock, Texas 79424
Telephone: (806) 783-8322
Telecopier: (803) 783-8357
State Bar Number 24013631
*Attorney for Appellant*

on this the 22nd day of July, 2015.


/s/ Gary M. Poenisch
Gary Poenisch